# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GILBERTO MENDEZ,** | ) |
| **Plaintiff,** | ) ) ) Civil Action No. 2:11-cv-1516-ADS-GRB |
| v. | ) ) ) |
| **BANK OF AMERICA HOME LOANS SERVICING LP, A SUBSIDIARY OF BANK OF AMERICA, N.A.,** | ) ) ) ) ) |
| **Defendant.** | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Gilbert Mendez, and Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (misidentified in the Complaint as Bank of America Home Loans Servicing, LP), by counsel, in accordance with a settlement agreement reached between them, do hereby stipulate and agree to a dismissal with prejudice of all claims between them in this action with each side to waive all rights of appeal and to bear its own costs.

Dated:  February 13, 2013

Respectfully submitted,

By: /s/                                                    By: /s/      Matthew S. Sheldon

Catherine E. Anderson (CA5129)
GISKAN SOLOTAROFF
ANDERSON & STEWART LLP
11 Broadway Suite 2150
New York, NY 10004
(212) 847-8315
canderson@gslawny.com

*Attorney for Plaintiff
  Gilberto Mendez*

Matthew S. Sheldon (*pro hac vice*)
msheldon@goodwniprocter.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Attorney for Defendant Bank of
America, N.A.*

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2013, the forgoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and the Eastern District's Local Rules, via the Court's ECF system, on all counsel registered to receive electronic notices.  I also certify that I have caused copies of the aforementioned document to be served via first class mail, postage prepaid upon the non-CM/ECF participants.

/s/ Matthew S. Sheldon
Matthew S. Sheldon